E-FILED – **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-2601-GHK (JCGx) | Date | April 29, 2014 |
|---|---|---|---|
| Title | *Deutsche Bank National Trust Co. v. Krystal La Vette Williams* | | |

**Presiding: The Honorable**   **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **(In Chambers) Order Remanding Action**

On April 14, 2014, we ordered Defendant to show cause why the above-captioned matter should not be remanded to state court for lack of subject matter jurisdiction, given that this appears to be an improperly removed unlawful detainer action. We warned Defendant that her failure to timely and adequately show cause as required by our Order would be deemed her admission that this Court lacks subject matter jurisdiction. The deadline to respond to our OSC has passed, and Defendant has failed to respond. Accordingly, this action is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | | Bea |